UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| JESSICA L. COMBS and husband<br>SCOTT COMBS,<br><br>        Plaintiffs,<br><br>v.<br><br>PIGEON FORGE CAPRI MOTEL, INC.,<br>SEVIER COUNTY, TENNESSEE, and<br>PIGEON FORGE, TENNESSEE,<br><br>        Defendants. | )<br>)<br>)<br>)<br>)<br>)   No. 3:03-CV-266<br>)   (Shirley)<br>)<br>)<br>)<br>)<br>) |

## MEMORANDUM AND ORDER

This case is before the undersigned pursuant to 28 U.S.C. § 636(c), Rule 73(b) of the Federal Rules of Civil Procedure, and the consent of the parties, for all further proceedings, including entry of judgment. [Doc. 9].

The defendant City of Pigeon Forge, Tennessee, moves to continue the trial and to reset scheduling deadlines in this matter. [Doc. 61]. For good cause shown, Defendant Pigeon Forge, Tennessee's Motion to Continue Trial Date and to Reset Scheduling Deadlines [Doc. 61] is **GRANTED**. The trial of this matter, which is currently scheduled for August 30, 2005, is

**CANCELED**.  The Court shall conduct a status conference on **August 30, 2005 at 10:00** to reset the trial date and certain scheduling deadlines.

   **IT IS SO ORDERED.**

         ENTER:

         <u> s/ C. Clifford Shirley, Jr. </u>
         United States Magistrate Judge